IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-00058-01-CR-W-DW |
| ANTHONY L. SPRIGGS, ) | |
| ) | |
| Defendant. ) | |

### REPORT AND RECOMMENDATION

On August 18, 2006, defendant moved for a judicial determination of mental competency. Defendant was examined by Gordon M. Zilberman, Ph.D., a forensic psychologist, who prepared a report dated November 1, 2006.

On November 16, 2006, I held a competency hearing. Defendant was present, represented by Dana Altieri. The government was represented by Assistant United States Attorney Michael Oliver. The parties stipulated to the contents and findings of Dr. Zilberman as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding

---

[1] "Tr". refers to the transcript of the competency hearing.

defendant competent to stand trial and to assist in his defense.

Counsel have waived the ten-day objection period and are instructed to file any objections to this Report and Recommendation by November 21, 2006.

                                              */s/ Robert E. Larsen*
                                              ROBERT E. LARSEN
                                              United States Magistrate Judge

Kansas City, Missouri
November 20, 2006